UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRIN MAURICE MILLER, JR.                    CIVIL ACTION
(#593745)

VERSUS

MAEGHEN KLING                                 NO. 23-00040-BAJ-RLB

## RULING AND ORDER

On or about January 23, 2023, Plaintiff, *pro se*, confined at the Elayn Hunt Correctional Center filed the above-captioned action pursuant to 42 U.S.C. § 1983. (Doc. 1). On March 9, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R"). (Doc. 4).

On April 24, 2023, and again on May 11, 2023, copies of the R&R were returned to the Court marked, "RETURN TO SENDER NAME & DOC # DO NOT MATCH." (Docs. 7, 8).

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. Plaintiff's correct Department of Corrections ("DOC") number must be included in his address. As a practical matter, the case cannot proceed without an address where Plaintiff may be reached and where he may receive pertinent pleadings, notices, or rulings. It is unclear why the incorrect DOC number

1

was provided to the Court.[1]

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure of Plaintiff to prosecute the above-captioned action and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of Plaintiff, filed within thirty (30) days, and upon a showing of good cause, the Court may consider reinstatement of Plaintiff's claims on the Court's Docket.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 27th day of June, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] A search via the DOC website shows only that Plaintiff's actual DOC number is "0071****." *Supporting People in Prison & Their Families*, LA. DEP'T OF PUB. SAFETY & CORR., https://doc.louisiana.gov/imprisoned-person-programs-resources/offender-information/ (using the "Locate A Person In Prison" tool and inputting Plaintiff's name). No additional information is available. Nevertheless, it is Plaintiff's responsibility to provide the Court with accurate information.